THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LAWRENCE TORRENCE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 30, 1922; decided February 28, 1922.)

APPEAL from a judgment of the Supreme Court, rendered June 10, 1921, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John V. Maloney* and *Valentine E. O'Grady* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Dissenting: HOGAN and ANDREWS, JJ.